IN THE MATTER OF:  CHAPTER 13
　　　　　　　　　　　　　　　　　　　CASE NO. 10-56614-PJS
VITO CANGEMI,  JUDGE PHILLIP J SHEFFERLY
JEANETTE CANGEMI
Debtors.
　　　　　　　　　　　　　　　　　　　/

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. The Trustee objects to the omission of a Payment Order pursuant to E. D. Mich. LBR 1007-1(c).

2. As debtor has failed to timely commence payments, the Trustee requests a future default provision within debtor's Order Confirming Plan requiring debtor to remit payments timely. Should the debtor fail to remit timely payments the Trustee need only provide a Notice of Default providing debtor with 30 days to cure any delinquent payments, otherwise, the case would be dismissed without hearing upon the Trustee's affidavit.

3. Trustee requests documentation of the loan balance and payoff date for debtor's 401(k) loan.

4. Trustee objects to debtor's valuation of the primary residence in the amount of $0.00. Trustee requires a copy of the property tax bill including State Equalized Value.

5. Trustee requires an affidavit regarding mother's contributions in the amount of $960.00 per month as listed on Schedule I.

6. Trustee requests verification of debtor's(s') rental income in the amount of $772.00 per month. Trustee requires the verification to be received by the Trustee immediately.

7. The value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate of the debtor(s) were liquidated under Chapter 7, contrary to 11 U.S.C. 1325(a)(4).

8. Trustee requires an update as to the status of debtor husband's employment at confirmation.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtors' Chapter 13 Plan.

　　　　　　　　　　　　　OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
　　　　　　　　　　　　　Krispen S. Carroll, Chapter 13 Trustee

July 7, 2010　　　　　　　　/s/ Maria Gotsis
　　　　　　　　　　　　　KRISPEN S. CARROLL (P49817)
　　　　　　　　　　　　　MARGARET CONTI SCHMIDT (P42945)
　　　　　　　　　　　　　MARIA GOTSIS (P67107)
　　　　　　　　　　　　　719 Griswold Street
　　　　　　　　　　　　　1100 Dime Building
　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　(313) 962-5035
　　　　　　　　　　　　　notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                                    CHAPTER 13
                                                     CASE NO. 10-56614-PJS
VITO CANGEMI,                                        JUDGE PHILLIP J SHEFFERLY
JEANETTE CANGEMI
Debtors.
_____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

FRANK INDUSTRIES PLLC
117 W 4TH STREET
SUITE 201
ROYAL OAK, MI  48067-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

VITO CANGEMI
JEANETTE CANGEMI
51251 HOOK DR
MACOMB, MI  48042-0000


July 9, 2010                        /s/ Barbara A. Ecclestone
                                    Barbara A. Ecclestone
                                    For the Office of the Chapter 13 Trustee-Detroit
                                    719 Griswold Street
                                    1100 Dime Building
                                    Detroit, MI  48226
                                    (313) 962-5035
                                    notice@det13ksc.com