# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

Vito & Jeannette Cangemi,       CASE NO: 10-56614
　　　　　　　　　　　　　　　　　　　　　　CHAPTER: 13
　　　　　　　　　　　　　　　　　　　　　　JUDGE: Shefferly

    Debtors,                               /

## PAYMENT ORDER

     The above named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c) (E.D.M.);

**IT IS HEREBY ORDERED** that
**JP Morgan Chase Bank**
("Payor"), at
**270 Park Ave**
**New York, NY 10017**
Immediately forward and make payable to:
**Krispen S. Carroll**
**Chapter 13 Trustee**
**P.O. Box 2018**
**Memphis, TN 38101-2018**

**$166.00** per ** **Monthly** (pay period) of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

(Set forth all names, including trade names used by the Debtor(s) within the last 6 years.)
**Vito Cangemi (SSN: xxx-xx-0105)     Jeanette Cangemi (SSN: xxx-xx-5426)**
．

Signed on July 26, 2010

                                         /s/ Phillip J. Shefferly

                                         Phillip J. Shefferly

                                         United States Bankruptcy Judge

**\*\*weekly     bi-weekly     semi-monthly     monthly**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com          Best Case Bankruptcy